# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JOSE MIGUEL CACERES SANTOS** | : | **NO. 25-226** |

## ORDER

**NOW**, this 14th day of July, 2025, upon consideration of the Government's Motion to Dismiss Indictment (Doc. No. 29), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the indictment is **DISMISSED** without prejudice.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.